**No. 11A374. Charles Turner Habermann, Applicant v. United States.**

565 U.S. 1032, 132 S. Ct. 602, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8148.

November 14, 2011. Application for bail, addressed to Justice Ginsburg, and referred to the Court, denied.

**No. 11M43. Paul A. Slough, Evan S. Liberty, Dustin L. Heard, and Donald W. Ball, Petitioners v. United States.**

565 U.S. 1032, 132 S. Ct. 603, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8241.

November 14, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted. Justice Kagan took no part in the consideration or decision of this motion.

Same case below, 395 U.S. App. D.C. 178, 641 F.3d 544.

**No. 11M44. Travis Loren Dally, Petitioner v. United States.**

565 U.S. 1032, 132 S. Ct. 603, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8174.

November 14, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 10-704. Curt Messerschmidt, et al., Petitioners v. Augusta Millender, et al.**

565 U.S. 1032, 132 S. Ct. 603, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8117.

November 14, 2011. Motion of respondents and Brenda Millender, as Executor of the Estate of Augusta Millender, for substitution as respondent in place of Augusta Millender, deceased, granted.

**No. 11-6335. Daniel B., Petitioner v. Sunapee School District.**

565 U.S. 1032, 132 S. Ct. 603, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8244.

November 14, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 5, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 162 N.H. 38, 27 A.3d 689.

**No. 11-6728. Francis Leroy McLain, Petitioner v. United States.**

565 U.S. 1032, 132 S. Ct. 603, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8185.

November 14, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 5, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 646 F.3d 599.

**No. 11-159. Michael J. Astrue, Commissioner of Social Security, Petitioner v. Karen K. Capato, on Behalf of B. N. C., et al.**

565 U.S. 1033, 132 S. Ct. 576, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8245.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.